JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Property and Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA TAUBE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY DBA ALLSTATE, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>　　　　Defendants. | CASE NO.:　　2:17-cv-01643<br><br><br>**STIPULATION AND ORDER REGARDING DAMAGES** |

IT IS HEREBY STIPULATED by and between Plaintiff SHEILA TAUBE and Defendant ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY by and through their respective counsel, that the value of all Plaintiff's cause of action for breach of contract exclusively – which the subject Complaint will be amended to reflect as the only alleged cause of action – including

1

costs, fees and interest, except those that may be awarded by operation of law pursuant to NRCP 68 and NRS 18.010, does not exceed SEVENTY-FIVE THOUSAND and 0/100 DOLLARS ($75,000.00).

DATED this 13th day of July, 2017.   DATED this 13th day of July, 2017.

K E A T I N G LAW GROUP            **PERALTA LAW GROUP**

By: /s/JOHN T. KEATING              By: /s/OSCAR PERALTA
JOHN T. KEATING                     OSCAR PERALTA, ESQ.
Nevada Bar No.: 6373                Nevada Bar No.: 13559
9130 W. Russell Road, Ste. 200      101 Convention Center Drive, Ste. 340
Las Vegas NV 89148                  Las Vegas NV 89109
Attorney for Defendant              Attorney for Plaintiff
*Allstate Property and Casualty Insurance Company*   *Sheila Taube*

### ORDER

IT IS SO ORDERED that the value of all Plaintiff's cause of action for breach of contract exclusively – which the subject Complaint will be amended to reflect as the only alleged cause of action – including costs, fees and interest, except those that may be awarded by operation of law pursuant to NRCP 68 and NRS 18.010, does not exceed SEVENTY-FIVE THOUSAND and 0/100

DOLLARS ($75,000.00).

DATED July 26, 2017.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

K E A T I N G LAW GROUP

_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Allstate Property and Casualty Insurance Company*