JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Property and Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA TAUBE,<br><br>   Plaintiff,<br><br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY DBA ALLSTATE, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>   Defendants. | CASE NO.: 2:17-cv-01643<br><br><u>STIPULATION AND ORDER TO REMAND TO STATE COURT</u> |

IT IS HEREBY STIPULATED by and between Plaintiff SHEILA TAUBE and Defendant ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY by and through their respective

///

///

1

counsel, that the within matter shall be remanded back to State Court.

DATED this 28th day of July, 2017.				DATED this 28th day of July, 2017.

K E A T I N G LAW GROUP					PERALTA LAW GROUP


By: /s/JOHN T. KEATING					By: /s/OSCAR PERALTA
JOHN T. KEATING						OSCAR PERALTA, ESQ.
Nevada Bar No.: 6373					Nevada Bar No.: 13559
9130 W. Russell Road, Ste. 200				101 Convention Center Drive, Ste. 340
Las Vegas NV 89148					Las Vegas NV 89109
Attorney for Defendant					Attorney for Plaintiff
*Allstate Property and Casualty Insurance Company*			*Sheila Taube*

## ORDER

IT IS SO ORDERED that the within matter shall be remanded back to State court.

DATED: August 3, 2017.

					_____
					U.S. DISTRICT COURT JUDGE


Respectfully Submitted by:

K E A T I N G LAW GROUP


/s/JOHN T. KEATING
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Allstate Property and Casualty Insurance Company*

2